**Dismiss and Opinion Filed July 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00701-CV

**BILLY GREER & ALL OTHER OCCUPANTS, Appellant**
**V.**
**DEUTSCHE BANK NATIONAL TRUST, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02323-D**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Brown
Opinion by Justice Myers

On July 7, 2014, the Dallas County Clerk informed the Court that appellant had not paid or made arrangements to pay for the clerk's record. That same day, we sent appellant a letter telling him of the Dallas County Clerk's notice. In the letter, we directed appellant to provide us, within ten days, with written verification that he had paid or made arrangements to pay for the clerk's record or written documentation that he had been found to be entitled to proceed without payment of costs. We cautioned appellant that his appeal might be dismissed for want of prosecution if he failed to provide us with the required documentation within the time specified. To date, appellant has not provided the Court with the required documentation regarding the status of the clerk's record nor has he otherwise corresponded with the Court regarding his appeal.

Accordingly, we **DISMISS** this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c)

/Lana Myers/
                                     LANA MYERS

140701F.P05                         JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BILLY GREER & ALL OTHER
OCCUPANTS, Appellant

No. 05-14-00701-CV     V.

DEUTSCHE BANK NATIONAL TRUST,
Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-14-02323-D.
Opinion delivered by Justice Myers,
Justices Lang and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DEUTSCHE BANK NATIONAL TRUST recover its costs of this appeal, if any, from appellant BILLY GREER & ALL OTHER OCCUPANTS.

Judgment entered this 31st day of July, 2014.